**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| MICHAEL DOYLE | ) |
| | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) **Case No.** |
| | ) |
| TOWN OF FALMOUTH | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants | ) |

**NOTICE OF REMOVAL**

Defendant, the Town of Falmouth ("Defendant") hereby removes the above captioned action, Docket. No. CV-2019-150, currently pending in Maine Superior Court, Cumberland County, to the United States District Court for the District of Maine.  Removal is based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 and is authorized by 28 U.S.C. §§ 1441 and 1446. As grounds for removal, the Defendant states as follows:

1.      Plaintiff filed his Complaint in the Cumberland County Superior Court on or about April 26, 2019.  Defendant was served on May 2, 2019.

2.      The Complaint asserts claims against the Defendant for the violation of equal protection of the laws protected by the United State Constitution.

3.      This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331.

4.      This action may therefore be removed pursuant to 28 U.S.C. § 1441.

5.      In accordance with 28 U.S.C. § 1446(d), Defendant is filing a copy of this Notice of Removal with the Maine Superior Court, Cumberland County and is sending a copy to Plaintiff.

6.      The duplicate record reflects every action taken in the matter by the state court prior to removal and is attached to the accompanying affidavit of Melissa A. Hewey.

Dated: May 21, 2019                  */s/ Melissa A. Hewey*

                                      Melissa A. Hewey
                                      Amy K. Tchao
                                      Malina E. Dumas
                                      Attorneys for Defendant

                                      Drummond Woodsum
                                      84 Marginal Way, Suite 600
                                      Portland, ME  04101-2480
                                      Telephone (207) 772-1941
                                      Facsimile (207) 772-3627
                                      mhewey@dwmlaw.com
                                      atchao@dwmlaw.com
                                      mdumas@dwmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, I electronically filed the above Notice of Removal with the Clerk of the Court and a copy via U.S. mail, first class postage prepaid, addressed to:

**Michael Doyle**
**PMB 329**
**1465 Woodbury Ave.**
**Portsmouth, NH 038001**

                                      */s/ Melissa A. Hewey*
                                      Melissa A. Hewey